FILED
CLERK, U.S. DISTRICT COURT
JAN 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MORRIS JACKSON, | NO. CV 07-5595-R(E) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS, |
| PALACIOS, et al., | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | OF UNITED STATES MAGISTRATE JUDGE |

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; and (2) Judgment shall be entered dismissing the action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff.

DATED: Jan. 17, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE