FILED
CLERK, U.S. DISTRICT COURT

JAN 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES MORRIS JACKSON, | ) | NO. CV 07-5595-R(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| PALACIOS, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: Jan. 17, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE